JAMES HAWKINS APLC
JAMES R. HAWKINS SBN 192925
GREGORY MAURO, SBN 222239
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile:  (949) 387-6676
James@jameshawkinsaplc.com
Greg@jameshawkinsaplc.com

Attorneys for SILVIA VALDEZ individually, and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SILVIA VALDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARTE-HANKS DIRECT MARKETING/FULLERTON, INC., a California Corporation;   HARTE-HANKS DIRECT, INC., a New York Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:17-cv-00525-DOC-KES(x)<br><br>**AMENDED [PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF JOINT STIPULATION AND CLASS ACTION SETTLEMENT AND RELEASE**<br><br>Hearing: January 24, 2019 at 08:30 a.m.<br><br>Presiding Judge:   Hon David O. Carter<br>Magistrate Judge:  Hon. Karen E. Scott |

**AMENDED [PROPOSED] ORDER RE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Silvia Valdez ("Plaintiff") applies to this Court for an order preliminarily approving settlement of this action in accordance with the Joint Stipulation and Class Action Settlement and Release ("Settlement Agreement") between Plaintiff and Defendants Harte-Hanks Direct Marketing/Fullerton, Inc. ("Harte-Hanks Fullerton") and Harte-Hanks Direct, Inc. ("Harte-Hanks Direct") (collectively with Harte-Hanks Fullerton, "Defendants"), which sets forth the terms and conditions for a proposed settlement of this action. The Court, having read and considered the Settlement Agreement, exhibits attached thereto, and the moving papers, including the Notice of Motion and Motion for Preliminary Approval of Settlement and Release, the memorandum of points and authorities in support of the Motion for Preliminary Approval and the declaration of Class Counsel James Hawkins submitted therewith, and the Notice of Class Action Settlement and Hearing;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. This Order incorporates by reference the definitions in the Settlement Agreement, and all terms defined therein shall have the same meaning in this Order as set forth in the Settlement Agreement. However, to permit Defendants time to secure information for third parties needed for the administration of the Settlement, all dates contained in the Settlement Agreement that are triggered by the granting of preliminary approval are extended by an additional sixty (60) calendar days (with any deadline falling on a holiday or weekend continued to the immediately following court day).

**2.** The Court hereby conditionally certifies the Class Members for settlement purposes only. The term "Class Members" is defined to all persons who are or were employed or otherwise worked at Harte-Hanks Fullerton's facility in Fullerton, California as production workers from March 23, 2013, through to the date of preliminary approval. ("Class Period"). It is estimated there are approximately 417 class members through the date of mediation.

**AMENDED [PROPOSED] ORDER RE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

3. Should the Settlement Agreement not become final for whatever reason, the fact that the parties were willing to stipulate to class certification as part of the Settlement Agreement shall have no bearing on, and shall not be admissible in connection with the issue of whether a class could or should be certified in a non-settlement context in this or any other lawsuit.

4. The Court hereby preliminarily approves the Settlement Agreement. The Court finds on a preliminary basis that the Settlement Agreement appears to be within the range of reasonableness for a settlement that could ultimately be given final approval by this Court. It appears to the Court on a preliminary basis that the settlement amount and terms are fair, adequate and reasonable as to all potential Class Members when balanced against the probable outcome of further litigation relating to liability, damages, and class certification. It further appears that thorough investigation and research have been conducted such that counsel for the parties at this time are able to reasonably evaluate their respective positions. It further appears to the Court that settlement at this time will avoid substantial additional costs by all parties, as well as avoid the delay and risks that would be presented by the further prosecution of this action. It further appears that the Settlement Agreement has been reached as the result of intensive, serious and non-collusive, arms-length negotiations with the assistance of a professional mediator.

5. A final approval hearing shall be held before this Court on July 22, 2019, at 08:30 a.m. for final determination of all necessary matters concerning the Settlement Agreement, including whether the proposed settlement of this action on the terms and conditions provided for in the Settlement Agreement are fair, adequate and reasonable and should be finally approved by the Court.

6. The Court hereby approves, as to form and content, the proposed Notice of Class Action Settlement and Hearing and Request for Exclusion Form attached as Exhibits A and B to the Settlement Agreement. The Court finds

**AMENDED [PROPOSED] ORDER RE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

that the distribution of the Notice in the manner and form set forth in the Settlement Agreement meets the requirements of due process, is the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all persons entitled thereto.

7. The Court hereby appoints ILYM Group Inc., as the Settlement Administrator and hereby directs the Settlement Aadministrator to cause the Notice to be mailed using the procedures set forth in the Settlement Agreement as well as this Order.

8. The Settlement Agreement does not constitute, is not intended to constitute, and will not be deemed to constitute, an admission of liability by Defendants as to the merits, validity, or accuracy of any of the allegations or claims made against it in this action.

9. The Court hereby orders the implementation of the settlement pursuant to the schedule set forth in the Settlement Agreement.

DATED: _____, 2019

THE HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

**AMENDED [PROPOSED] ORDER RE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

# CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2019 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Central District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.


Dated:   January 24, 2019        /s/ Gregory Mauro_____
                                            Gregory Mauro