1  JAMES HAWKINS APLC
   JAMES R. HAWKINS SBN 192925
2  GREGORY MAURO, SBN 222239
   9880 Research Drive, Suite 200
3  Irvine, California 92618
   Telephone: (949) 387-7200
4  Facsimile: (949) 387-6676
   James@jameshawkinsaplc.com
5  Greg@jameshawkinsaplc.com

6  Attorneys for SILVIA VALDEZ individually,
   and on behalf of all others similarly situated

7

8                  UNITED STATES DISTRICT COURT

9

10       CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

11  SILVIA VALDEZ, individually and on        Case No. 8:17-cv-00525-DOC-KES(x)
    behalf of all others similarly situated,
12                                            **NOTICE OF MOTION AND**
                 Plaintiff,                   **MOTION FOR FINAL APPROVAL**
13                                            **OF JOINT STIPULATION AND**
          v.                                  **CLASS ACTION SETTLEMENT**
14                                            **AND RELEASE**
    HARTE-HANKS DIRECT
15  MARKETING/FULLERTON, INC., a
    California Corporation;   HARTE-          Hearing: September 23, 2019 at 08:30
16  HANKS DIRECT, INC., a New York            a.m. per Amended Order Docket No. 61
    Corporation, and DOES 1-10, inclusive,
17
                 Defendants.
18
                                             Presiding Judge:   Hon David O. Carter
19                                           Magistrate Judge: Hon. Karen E. Scott
20

21

22

23

24

25

26

27

28

─────────────────────────────────────────────

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

NOTICE IS HEREBY GIVEN that on September 23, 2019 at 8:30 a.m. before the Honorable David O. Carter in Courtroom 9D of the United States District Court  for the Central District of California, located at 411 West Fourth Street, Santa Ana,  California 92701-4516, Plaintiff Sylvia Valdez ("Plaintiff"),  on behalf of herself and the Certified Class for Settlement Purposes, will and hereby does  move this Court for an Order which will:

1.  Finally adjudicate the Settlement is fair, adequate, and reasonable;

2.  Direct distribution of the Settlement benefits by the Settlement Administrator to all participating Class Members in accordance with the  Settlement Agreement;

3.  Approve and direct the payment to the Settlement Administrator $15,000 for its fees and costs in administering the Settlement;

4.   Approve and direct payment to Class Counsel for their attorneys' fees  in the sum of $180,000.00 and reimbursement of their litigation costs of $7,318.24;

5.  Approve  and  direct  the  Class  Representative  Enhancement Payment to  be  paid  to  the  Plaintiff Sylvia Valdez in the sum  of $5,000;

6.  Approve the PAGA Penalty Payment in the sum of $5,000 and direct $3,750 (75%) of which to be paid to the Labor and Workforce  Development Agency ("LWDA"); and

7.  Direct the Clerk of Court to enter final judgment; and without affecting  the  finality  of  the  final  judgment,  to  reserve  the Court's  continuing  jurisdiction over the Parties for the purpose of implementing, enforcing,  or administering the Settlement.

This Motion is made on the grounds the proposed Settlement, which was preliminarily approved by this Court on January 25, 2019 [Dkt. No. 6 1] is the product of arms'-length, good-faith negotiations, and is fair and reasonable

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

1    to the Class who have embraced the Settlement with a return of zero objections

2    and only six requests for exclusion. The proposed Settlement should now be

3    finally approved, as more fully discussed in the attached Memorandum of

4    Points and Authorities in Support of Final Approval of Class Action Settlement

5    and Entering Final Judgment.

6         This Motion is based upon this Notice of Motion, the attached

7    Memorandum of Points and Authorities, the Declaration of Class Counsel, the

8    Declaration of Nathalie Hernandez on behalf of ILYM Group, Inc., the

9    Declaration of Plaintiff Sylvia Valdez, the Order Granting Preliminary Approval

10   of Class Action Settlement [Dkt. No. 61], and such other records and files in this

11   action, and such other matters as may be properly presented at or before the

12   hearing.

13        The Parties have met and conferred regarding the substance of this Motion and

14   Plaintiffs anticipate no objection to this Motion from Defendant.

15

16   Dated: August 26, 2019              Respectfully submitted,
                                         JAMES HAWKINS APLC

17

18                                       By:/s/ Gregory Mauro
                                            James R. Hawkins
19                                          Gregory Mauro
                                            Attorneys for Plaintiff
20                                          SILVIA VALDEZ

21

22

23

24

25

26

27

28

- 2 -

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS
ACTION SETTLEMENT**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2019 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Central District of California using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.


Dated: August 26, 2019

By: /s/ Gregory Mauro
GREGORY MAURO, ESQ.

- 3 -

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**